# Exhibit B

## Pay Stub 1

**DEAN WITTER INTERCAPITAL, INC**  WEISS, ALICE
/0106
53414

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR EAR | | 8700 | 272408 | 544815 |
| JAN BONUS | | | 00 | 8000000 |

| TAXES/DEDUCTIONS | | YEAR |
|---|---|---|
| FEDERAL TAX | 17412 | 21... |
| SOCIAL SEC | 00 | |
| MEDICARE TA | 3636 | |
| N.Y. STATE | 8598 | |
| N.Y. CITY | 6017 | |
| PRE-TAX MED | 7400 | |
| HEALTH FSA | 12500 | |
| DENTAL | 1789 | |
| PRE-TAX BAS | 14334 | |
| VPA INS | 880 | |
| LTD | 1471 | |
| SUPP LTD | 2953 | |
| DIS COMPLT | 2014 | |
| GUL | 3365 | |

| DESC | TAX/EARN | YTD |
|---|---|---|
| CONS OTH | 284.57 | 569.14 |
| DIRECT DE | 1596.15 | 3046.09 |

MARITAL STATUS: M FED:09 ST:20
S.S.#:

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | DATE OF DEPOSIT | DEPOSIT NUMBER |
|---|---|---|---|---|---|---|
| CURR | 272408 | 35663 | 67130 | 159612 | | 2972251 |
| YTD | 8544816 | 3633838 | 665220 | 4245758 | 01-31-94 | |

---

## Pay Stub 2

**DEAN WITTER INTERCAPITAL, INC**  HECHTLINGER, JOHN
/0106
63993

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR EAR | | 8700 | 348206 | 696412 |
| JAN BONUS | | | 00 | 9000000 |

| TAXES/DEDUCTIONS | | YEAR |
|---|---|---|
| FEDERAL TAX | 52527 | 247... |
| SOCIAL SEC | 00 | 37... |
| MEDICARE TA | 4700 | 13... |
| N.Y. STATE | 19924 | 74... |
| N.Y. CITY | 1364 | |
| PRE-TAX MED | 7400 | |
| HEALTH FSA | 16667 | |
| PRE-TAX BAS | 20892 | 56... |
| VPA INS | 220 | |
| LTD | 1880 | |
| NY DIS | 71 | |
| SAVINGS | 20000 | |
| CHARITY '94 | 1875 | 34... |
| AAA DIR DEP | 200666 | |



MARITAL STATUS: M FED:02 ST:02
S.S.#:

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | DATE OF DEPOSIT | DEPOSIT NUMBER |
|---|---|---|---|---|---|---|
| CURR | 348206 | 78515 | 69025 | 200666 | | 2972511 |
| YTD | 9696412 | 3778645 | 714410 | 5203357 | 01-31-94 | |

11

WEISS 000061



## DEAN WITTER INTERCAPITAL, INC. — CHITLINGER, JOHN

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EAR | | 8700 | 348206 | 4476938 |
| JAN BONUS | | | 00 | 7000000 |

| TAXES/DEDUCTIONS | AMOUNT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 53744 | 2001500 |
| SOCIAL SEC | 00 | 357120 |
| MEDICARE TA | 4714 | 162058 |
| N.Y. STATE | 19999 | 807301 |
| N.Y. CITY | 1368 | |
| PRE-TAX MED | 6450 | 83950 |
| HEALTH FSA | 16666 | 216658 |
| PRE-TAX BAS | 29852 | 680851 |
| VPA INS | 220 | 2051 |
| LTD | 1880 | 22601 |
| NY DIS | 60 | 840 |
| SAVINGS | 20000 | 260000 |
| CHARITY '93 | 1600 | 20800 |
| AAA DIR DEP | 200673 | 2543420 |

MARITAL STATUS: M FED:02 ST:02
S.S.#:

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | DATE OF DEPOSIT | DEPOSIT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|---|---|---|---|
| CUR | 348206 | 79825 | 67708 | 200673 | 07-15-93 | 1345308 | 200673 |
| YTD | 11476938 | 3375323 | 1295245 | 6806370 | | | |



## DEAN WITTER INTERCAPITAL, INC. — WEISS, ALICE

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EAR | | 8700 | 272408 | 3385652 |
| RETRO PAY | | | 25942 | 25942 |
| JAN BONUS | | | 00 | 7000000 |

| TAXES/DEDUCTIONS | AMOUNT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 16402 | 1593380 |
| SOCIAL SEC | 00 | 357120 |
| MEDICARE TA | 4086 | 148004 |
| N.Y. STATE | 7477 | 653414 |
| N.Y. CITY | 5652 | 366496 |
| PRE-TAX MED | 6450 | 83950 |
| HEALTH FSA | 8333 | 108329 |
| DENTAL | 1746 | 12222 |
| PRE-TAX BAS | 17901 | 624683 |
| PRE-TAX VOL | 8951 | 40083 |
| VPA INS | 880 | 11440 |
| SUPPL LIFE | 00 | 16120 |
| LTD | 1611 | 16659 |
| SUPP LTD | 2953 | 29529 |

| DESC | TAX/EARN | YTD |
|---|---|---|
| CONS OTH | 57.24 | 211.68 |
| DIRECT DE | 2101.84 | 23979.03 |

MARITAL STATUS: M FED:09 ST:20
S.S.#:

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | DATE OF DEPOSIT | DEPOSIT NUMBER | DEPOSIT AMOUNT |
|---|---|---|---|---|---|---|---|
| CUR | 298350 | 33617 | 54549 | 210184 | 07-15-93 | 144292 | 210184 |
| YTD | 10411594 | 3058424 | 964093 | 6389077 | | | |

12

WEISS 000062